AO 247 (Rev.  08/14) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
Southern District of Alabama

|  |  |
|---|---|
| United States of America<br>v.<br><br>MICHAEL JEROME FILES | )<br>)<br>)<br>)<br>) |

Case No:   97-0099-WS

USM No:

Date of Original Judgment:    July 22, 1999
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

_____
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☑ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*
*the last judgment issued)* of    LIFE    months **is reduced to**   360 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

The Government has indicated that it has no objection to reducing defendant's sentence in this manner.  (Doc. 2397.)

The reduced term of imprisonment applies to each of Counts 1, 2, 9, 11-13, 25-30, 33, and 65, said terms to run
concurrently.  Defendant's sentences on the other counts of conviction (including his 240-month sentence for each of
Counts 3 and 32, and his 60-month sentence for each of Counts 24 and 73, all such terms to run concurrently) are
unchanged.

Except as otherwise provided, all provisions of the judgment dated    July 22, 1999    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:    April 5, 2017

s/ WILLIAM H. STEELE
*Judge's signature*

Effective Date:
*(if different from order date)*

UNITED STATES DISTRICT JUDGE
*Printed name and title*